**ORIGINAL**   **COPY**

AO 93 (Rev. 5/85) Search Warrant

## United States District Court

DISTRICT OF _____DELAWARE_____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

The Premises located at

██████████  
Dover, Delaware 19901

**REDACTED**

**SEARCH WARRANT**

CASE NUMBER: 07-91 M

TO: <u>Special Agent Walter J. Steffens</u>  and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>SPECIAL AGENT, Walter J. Steffens, FBI</u> who has reason to
Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

██████████  
Dover, Delaware 19901 (as more fully described in Attachment A)

in the _____ District of _____DELAWARE_____ there is now concealed a certain person or property, namely (describe the person or property)

evidence, fruits and instrumentalities of the unlawful coercion of a minor and travel to engage in illicit sexual conduct; and of the attempted receipt of child pornography  (as more fully described in Attachment B)

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____May 12, 2007_____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the <u>Honorable Mary Pat Thynge, United States Magistrate Judge,</u> as required by law.
U.S. Judge or Magistrate

May 2 2007  8:47 a.m.         at    Wilmington, Delaware  
Date and Time Issued                   City and State

Honorable Mary Pat Thynge  
United States Magistrate Judge                 [signature]
Name and Title of Judicial Officer           Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/2/07 | 5/2/07 12 noon | Mr. W. Wilson |

INVENTORY MADE IN THE PRESENCE OF   Mr. W. Wilson

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHMENT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA Walter Stoff

Subscribed, sworn to, and returned before me this date

_____   5/21/07
U.S. Judge or Magistrate        Date

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

IN RE SEARCH OF:                )
                                )
███████████                     )
                                )
DOVER, DE 19901                 )    CASE NO.
                                )

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

The premises to be searched is located at ███████ Dover, Delaware 19901. ███████ is located in the ███████████ mobile home park. The address is assigned to a light grey single story mobile home with dark red or maroon shutters. The number ███ is on the front of the building. The name "Wilson" is displayed on a placard mounted next to the front door.

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

IN RE SEARCH OF:                )
                                )
                                )
██████████████                  )
                                )   CASE NO.
DOVER, DE 19901                 )
                                )

## ATTACHMENT B

### ITEMS TO BE SEARCHED FOR AND SEIZED

A. Any and all materials or items intended for use in sexual activity with minors as well as any gifts or items relating to the enticement of sexual activity with minors, including, but not limited to bottles of wine found at the SUBJECT PREMISES.

B. Any and all correspondence or materials pertaining to the travel in interstate commerce for the purpose of engaging in sexual activities with minors, including but not limited to ██████████████

C. Records, documents, correspondence (limited to electronic communications), notes, and/or any other materials relating to correspondence or contact between ██████████████ and WILLIAM E. WILSON, including but not limited to electronic mail, chat logs, and electronic messages.

D. Records, documents, correspondence (limited to electronic communications), notes, and/or any other materials relating to correspondence or contact between WILLIAM E. WILSON and any other individual purporting to be a minor, including but not limited to electronic mail, chat logs, and electronic messages.

E. Internet billing and use records.

F. Any and all originals or copies in any variety or format, including printed, Polaroid or digital images exchanged between WILLIAM E. WILSON and any individual.

G. Any and all computers, computer systems and related peripherals, to include input and output devices, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, monitors, printers, external storage devices, routers, modems, computer photographs, and all associated storage media for electronic data, together with all other computer-related

operating equipment, user manuals and instruction books. Computer programs capable of viewing graphic files, text files containing information pertaining to an interest in child pornography or actual or fantasy sexual activity with children and/or pertaining to the actual or attempted production of, trafficking in, distribution, receipt, trade or possession of child pornography.

H. Images of child pornography or child erotica and files containing such images in any form wherever it may be stored or found including, but not limited to:

  i. any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, monitors, printers, external storage devices, routers, modems, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

  ii. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

  iii. originals, copies, photographic slides, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

  iv. Motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

I. Information, correspondence, records, documents or other materials pertaining to the possession, receipt, production, transportation or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, or of child erotica or the discussion of sexual activity involving minors, including, but not limited to:

  i. envelopes, letters, diaries and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in

        sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

    ii.    books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

    iii.    Any and all records, documents, or materials, including any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce including by United States mail or by computer, any visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256;

    iv.    Any and all records, documents, or materials, including any and all address books, names, and lists of names and addresses of minors visually depicted while engaging in sexually explicit conduct, defined in Title 18, United States Code, Section 2256;

    v.    Any and all records of Internet usage including user names and e-mail addresses and identities assumed for the purposes of communication on the Internet. These records may include billing and subscriber records, chat room logs, e-mail messages, and include electronic files in a computer and on other data storage mediums, including CDs or DVDs;

J.    Credit card information including but not limited to bills and payment records;

K.    Records evidencing occupancy or ownership of any vehicle or any residence located in Dover, Delaware, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence;

L.    Records evidencing use or ownership of the computers, including, but not limited to, registry and setup information within the computer's operating system and customizations to the operating system's directory structure, computer registration information, sales receipts, bills for Internet access, handwritten notes, usernames, logins, passwords or other access codes;

M.    A red t-shirt, bearing a dragon logo; eyeglasses with blue frames; black converse sneakers, black backpack and any other items or materials referenced in WILLIAM E. WILSON's communications with Jane Doe ▮▮▮▮▮▮▮▮▮▮

N.    Documents relating to bus schedules, bus fare information, Dover Downs Hotel & Casino, Dover International Speedway or Dover Downs Racetrack.

FD-597 (Rev 8-11-94)                                                                                    Page 1 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305B-WF-236288

On (date) May 2, 2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) WILLIS WILSON

(Street Address) [redacted]

(City) Dover, DE 19901

Description of Item(s):
Item 1: Custom Built Computer Tower w/ CD-Rom; 3.5 Drive w/ Windows Product key: H2XYJ-JC3MQ-HXCT3-9FV3J-M6HBM
Item 2: One (1) Yellow 3.5 Diskette;
Item 3: Misc. Papers containing handwritten notes of screennames; emails
Item 4: HP ScanJet 3400C; Serial #: CT058/CONR
Item 5: Two Writable CDRs.
Item 6: AT&T 3.5 Diskette Box w/ Nine (9) 3.5 Diskettes
Item 7: Kiss Photo printout in a silver metal frame
Item 8: Black Case Logic Case w/ 64 CD/CDRs.
Item 9: Ten (10) Journals containing Handwritten Notes/Sketches
Item 10: Paper with email address; subject of photograph
Item 11: Comcast Bill for March, 2007
Item 12: Photograph of Subject.
Item 13: Photograph of Subject
Item 14: Poster, Picture of Subject; Sketches
Item 15: Black Duffel Bag containing photos and miscellaneous items
Item 16: Photos of subject, login information; military paperwork
Item 17: Compaq Presario Desktop; Serial #: CNH6460VRF
Item 18: Seven (7) Assorted Recordable CD-Roms
Item 19: Two (2) Recordable CD Roms

Received By: [signature]                            Received From: Willis E Wilson
              (Signature)                                           (Signature)

FD-597 (Rev 8-11-94)                                                                 Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305B-WF-236228

On (date) May 2, 2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) WILLIS ~~SCOTT~~ WILSON

(Street Address) ████████████████

(City) Dover, DE 19901

Description of Item(s):
Item 20: Two (2) CD Folders containing 39 CDs
Item 21: 18 Misc DVDs/CDRs; VHS Tape
Item 22: Bus ticket
Item 23: Notebook w/ misc notes; email addresses
Item 24: Three (3) Notebooks and two (2) Notebooks + card
Item 25: Sealed Envelope Addressed to William ~~Scott~~ Wilson (Sr.)

No Additional Information

Received By: [signature]                Received From: Willie Wilson
           (Signature)                                  (Signature)